USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-22-15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                         :
DONNA DAVENPORT o/b/o D.W.P.,                            :      14 Civ. 2734 (WHP)
                                                         :
              Plaintiff,                            :      ORDER
                                                         :
      -against-                                        :
                                                         :
COMMISSIONER OF                                          :
SOCIAL SECURITY,                                         :
                                                         :
             Defendant.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff Donna Davenport, on behalf of her minor child, D.W.P., filed this action seeking review of the final decision of Administrative Law Judge Brian W. Lemoine (the "ALJ"), denying Plaintiff supplemental security income benefits under the Social Security Act on the ground that D.W.P.'s impairments do not constitute a disability. On October 14, 2014, the Commissioner moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure to affirm the ALJ's final decision. On October 22, 2014, Plaintiff opposed the Commissioner's motion.

        By a Report and Recommendation dated August 20, 2015 ("the Report"), Magistrate Judge Henry B. Pitman recommended that this Court deny the Commissioner's motion for judgment on the pleadings and remand the case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Neither party has objected to the Report.

        This Court has reviewed Magistrate Judge Pitman's thorough Report and finds that it is not facially erroneous. This Court affirms and adopts it. Accordingly, the Commissioner's motion is denied, and this case is remanded for further administrative proceedings before the ALJ to develop the record in accord with the Report.

The Clerk of the Court is directed to close this case.

DATED: September 22, 2015
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy to*:

Magistrate Judge Pitman

Joseph Anthony Pantoja
U.S. Attorney's Office, SDNY
86 Chambers Street
New York, NY 10007

Donna Davenport
20 Stefanyk Rd.
Glen Spey, NY 12737
*Plaintiff Pro Se*